MEMORANDUM OPINION


No. 04-02-00384-CV



EVERGREEN AUTO SALES, INC. and Roy Clarke, Jr.,


Appellants



v.



ROADRUNNER MOTORS, INC. and Jay Scheiman,


Appellees



From the 73rd Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CI-03180


Honorable Michael Peden, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and filed: April 16, 2003


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 The parties filed a joint motion to dismiss this appeal. We grant the motion. See Tex.
R. App. P. 42.1(a)(1). Costs of appeal are taxed against the party who incurred them. Our
mandate may be issued early upon proper motion. Tex. R. App. P. 18.1(c).

 PER CURIAM